BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY L. MISHAL,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>    Defendant. | Case No. 1:11-cv-00985-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE THE ADMINISTRATIVE RECORD |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a FIRST extension of time of 45 days to file the Administrative Record.  The extension is needed to allow the respondent Commissioner to assemble and produce the Administrative Record.  The current due date under the Court's Scheduling Order (Doc. No. 6) is November 23, 2011.  The new due date will be January 9, 2012 (the forty-fifth day being January 7, 2012, a Saturday) .

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. and Proposed Order, 1:11-cv-00985-BAM

| | | |
|---|---|---|
| DATE:  11/22/11 | | */s/ Laura E. Krank* <br> (as authorized via phone 11/22/11) <br> LAURA E. KRANK <br> Attorney at Law <br><br> Attorney for Plaintiff |
| DATE:  11/22/11 | | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Acting Regional Chief Counsel, Region IX |
| | By: | */s/ Leo R. Montenegro* <br> LEO R. MONTENEGRO <br> Special Assistant U.S. Attorney <br><br> Attorneys for Defendant |

IT IS SO ORDERED.

**Dated:   November 23, 2011**          /s/ Barbara A McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE