BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
GERALYN A. GULSETH (CSBN 160872)
Special Assistant United States Attorney
     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone: (415) 977-8923
     Facsimile: (415) 744-0134
     E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MISHAL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>    Defendant.  )<br>_____ ) | Case No. 1:11-cv-00985-BAM<br><br>ORDER OF REMAND<br>PURSUANT TO SENTENCE SIX<br>OF 42 U.S.C. § 405(g) |

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence 6 of 42 U.S.C. § 405(g) and for cause shown, IT IS ORDERED that this case is remanded to the Commissioner of Social Security for further proceedings under Sentence Six of 42 U.S.C. § 405(g) consistent with the terms of the Stipulation for Remand. The Court will continue to retain jurisdiction.

IT IS SO ORDERED.

Dated:   February 7, 2012                         /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE