**BENJAMIN B. WAGNER**
United States Attorney
**GRACE M. KIM, SBN IL 6203390**
Regional Chief Counsel, Region IX
Social Security Administration
**ANNABELLE J. YANG, CA SBN 276380**
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: annabelle.yang@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| TAMMY L. MISHAL, ) | No. 1:11-cv-00985-BAM |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND ORDER TO REOPEN CASE** |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security,* ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that this case shall be reopened.

    On February 7, 2012, the Court remanded this case for further administrative proceedings, and retained jurisdiction pursuant to sentence six of 42 U.S.C. § 405(g).  The parties stipulated to remand this case so that Plaintiff could have a new hearing before the administrative law judge (ALJ) and receive a new decision, as portions of her January 2009 hearing were inaudible.  On August 28, 2012, the ALJ issued a partially favorable decision.  This became the final decision of the Commissioner when the Appeals Council declined to assume jurisdiction of the case within 60 days

---

* Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

of the ALJ's decision.

Now that the administrative proceedings have concluded, reopening is necessary. In a sentence-six remand case, the Court retains jurisdiction following the remand. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98; 111 S.Ct. 2157; 115 L.Ed. 78 (1991) (District Court retains jurisdiction over Social Security cases remanded under 42 U.S.C. § 405(g), sentence six, and where the final administrative decision is favorable to one party or the other, the Commissioner is to return to Court following completion of the administrative proceedings on remand so that the Court may enter a final judgment or, as in this case, a dismissal); *see also Shalala v. Schaefer*, 509 U.S. 292, 298-300; 113 S.Ct. 2625; 125 L.Ed.2d 239 (1993). It is therefore appropriate to reopen this case. Upon reopening, Defendant will file her answer and certified administrative record within 30 days of this Court's order.

Dated: March 14, 2013   By:   */s/ Laura E. Krank\**
LAURA E. KRANK
\*As authorized by email on March 11, 2013
Attorney for Plaintiff

Dated: March 14, 2013   BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based on the above, the parties' stipulation is **GRANTED**. The Court's February 7, 2012, order remanding this action is **VACATED** and the Clerk of the Court is **ORDERED** to **REOPEN** the action. The Commissioner shall file an administrative record and an answer on or before **April 18, 2013**.

IT IS SO ORDERED.

**Dated:** **March 18, 2013**          /s/ **Barbara A. McAuliffe**
                                                                      UNITED STATES MAGISTRATE JUDGE