# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY L. MISHAL, | ) Case No.: 1:11CV00985-BAM |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On June 13, 2013, the parties filed a Joint Stipulation of Dismissal. (Doc. 28.) Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 13, 2013**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

-1-